IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 95-13-KAJ |
| | ) | |
| AUDREY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Keith Rosen as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

                                              COLM F. CONNOLLY
                                              United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
richard.andrews2@usdoj.gov

Dated: 2/13/06