IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF __DELAWARE__
_____ DIVISION

__Audrey MIller__,
Petitioner, pro se,

v.

United States of America,
Respondent.

Case No. __95-13-KAJ__

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

(Cr. 95-13)

Petitioner, __Audrey Miller__, pro se, respectfully moves this Honorable Court, pursuant to Rule 39.1 of the Rules of the Supreme Court of the United States and 28 U.S.C.A. §1915, for an ORDER permitting her to proceed in this Court, **In Forma Pauperis**, with her Motion under Title 18 U.S.C. §3582(c)(2) and U.S. Sentencing Guidelines §1B1.10(c) for Reduction of Sentence based on 2007 and caused a two-level reduction in Base Offense Level for Cocaine Base.

In support thereof, Petitioner states as follows:

1. Petitioner, __Audrey Miller__, respectfully asks leave to file the attached Motion in the United States District Court for the _____ District of __Delaware__ without prepayment of costs and to proceed **In Forma Pauperis.**

2. The Petitioner's affidavit in support thereof is attached hereto.

Respectfully sibmitted,

Petitioner, pro se
__Audrey Miller__
*(signature)*

Reg. # __03660-015__
SFF HAZELTON
P.O. BOX 3000
BRUCETON MILLS, WV  26525-3000

This __25th__ day of __February__. 20__08__.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF  DELAWARE
_____ DIVISION

__Audrey Miller__,  )
Petitioner, pro se,  ) Case No.  95-13-KAJ
 )
v.  ) AFFIDAVIT IN SUPPORT OF MOTION
 ) for Leave to Proceed IN FORMA
United States of America,  ) PAUPERIS
Respondent.  )

AudreyMiller_____, being duly sworn, deposes and says:

1. I am the Petitioner in this cause.
2. Because of my poverty I am unable to pay the costs of this cause.
3. I believe that I am entitled to the redress I seek in said cause.
4. I am unable to give security for the same.
5. The nature of said cause is briefly stated as follows:

I was sentenced to federal incarceration by the United States District Court for the _____ District of  Delaware . The present proceeding was commenced on a Motion to Reduce Sentence based on the 2007 Guideline Amendment Nine which became effective on November 1, 2007, and caused a two-level reduction in Base Offense Level for Cocaine Base.

                                        Audrey Miller
                                        Petitioner, pro se
                                        03660-015
                                        Reg. No.
                                        SFF HAZELTON
                                        P.O. BOX 3000
                                        BRUCETON MILLS, WV  26525-3000

This  25th  day of  February , 20 08 .

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing §3582(c)(2) Motion, has been forwarded to:

THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF __DELAWARE__
_____ DIVISION
CLERK OF COURT
844 N. King Street
Lock Box 18
Wilmington, DE 19801-3570

This CERTIFICATE OF SERVICE serves as my notice that all relating papers were dropped off in the Mailbox provided for inmates at AFF HAZELTON with appropriate postage paid on the following date:

This __25th__ day of __February__, 20__08__.

Audrey Miller
Petitioner, pro se
_Audrey Miller_
Reg. No. __03660-015__
SFF HAZELTON
P.O. BOX 3000
BRUCETON MILLS, WV 26525-3000



