March 16, 2008

Clerk of the Clerk,
844 N King Street
lock Box 18
Wilmington, De. 19801-3570

CR 95-13

    I wish to request permission to have this addendum placed with the 3582(c)(2) that was previously submitted on 2/27/08. Your attention to this matter would be greatly appreciated. Thank You

Respectfully,

Audrey Miller

Audrey Miller 03660-015
SFF Hazelton
PO Box 3000
Bruceton Mills, WV 26525

FILED
MAR 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned