April 13, 2008

Honorable Sue L. Robinson
U.S. District Court
844 N. King St.
Wilmington, De. 19801-3570

cr 95-13-1

 I'm writing in regards to the 3582(c)(2) motion submitted to the courts on 02-27-08 in hopes of providing your honor with some further insight of the person before you. I've been incarcerated now for the better part of 14 years. I've tried to use this time to improve myself in all areas mental, physical, and educational As you will see in my attempt to show the courts by way of certificates, participation and self-help groups that I have been consistent in enhancing my abilities and probabilities of being a successful and productive member of society. In addition to the certificates that I have submitted to the courts dating back to the beginning of my sentence in 1995, my work evaluations and ethics have received me continuous outstanding progress reports with FPI-Unicor since coming on board in January 1996.

 Most recently, I have completed a course for certification with the National Federation of Personal Trainer's (NFPT). I have also been accepted into a degree program with West Virginia University. 100 inmates took the college entry test and only 20 were selected to qualify, based on scores, institution conduct and likelihood of completion. Upon completion, I will receive an AA in Business Technology.

 My criminal history is excessive, compiled with numerous shoplifting charges and possession charges directly linked to my drug addiction and drug abuse. I can't change any of that, but I have made every effort during my incarceration to become a better person and mother to my four sons. I have maintained clear conduct for my entire stay and made every attempt to parent as best I could from a distance. My eldest son graduates from Delaware State College this May 18, 2008, and another is in Junior year at Wesley College in Dover Delaware.

 Your Honor, I pray that the court would factor in all the situation and circumstances in her consideration of my motions and my possible reduction of sentence.

Audrey Miller 03660-015
Audrey Miller
SFF-Hazelton
PO Box 3000
Bruceton Mills, WV 26525



FILED
APR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned



Audrey Miller D36660-015
SFF-Hazelton
P.O. Box 3000
Bruceton Mills, WV 26525

Judge Sue L. Robinson
US District Court
844 N. King Street, LockBox 18
Wilmington, De 19801-3570